# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2023

## NO. 03-22-00252-CR

**Charles Raymond Lee, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order denying DNA testing entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.